UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW REMMERS,<br><br>                                Plaintiff,<br><br>v.<br><br>SIERRA PACIFIC MORTGAGE<br>COMPANY, INC.,<br><br>                                Defendants. | Case No.:  3:17-cv-1094-CAB-NLS<br><br>**DISMISSAL WITH PREJUDICE**<br><br><br><br>[Doc. No. 17] |

Upon consideration of the parties' joint motion to dismiss this case with prejudice [Doc. No. 18], and good cause appearing, it is hereby **ORDERED** that the motion is **GRANTED.**  This case is **DISMISSED WITH PREJUDICE**, with each side to bear its own costs and fees.

It is **SO ORDERED**.

Dated:  December 22, 2017

_____

Hon. Cathy Ann Bencivengo
United States District Judge

1